UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CARL E. BINETTE,    )<br>Defendant    ) | Case No. 10-cr-30036-MAP |

ORDER

March 27, 2012

**PONSOR, U.S.D.J.**

This case has been in abeyance for some time pending a decision by the government as to whether it will be proceeding with an appeal of the court's decision allowing the motion of Defendant Binette to dismiss.  See Dkt. No. 43.

On February 15, 2012, Defendant notified the court that he did not intend to move for immediate trial while the appeal was pending.  See Dkt. No. 59.  An earlier motion to continue Defendant's report date assumed that the government would make its decision in response to this report no later than March 16, 2012.  As of this day, the court is still in the dark as to whether the government intends to proceed with the appeal it has noticed, and, if so, what the government proposes with regard to trial or other

disposition of the remaining counts against Defendant.

With this in mind, the court hereby orders the government to report to the court no later than April 2, 20012 as to its intentions regarding ongoing proceedings in this matter.

It is So Ordered.

                                         /s/ Michael A. Ponsor
                                         MICHAEL A. PONSOR
                                         U. S. District Judge